**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JUSTIN JUAN DE LA CRUZ MARTINEZ, | : | No. 56 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of January, 2024, that the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

 Justice McCaffery did not participate in the consideration or decision of this matter.